# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERT R. FLORES | § | |
| | § | |
| *Plaintiff,* | § | Civil Action File No. |
| | § | |
| v. | § | 7:24-cv-00271 |
| | § | |
| ROBERT W. BERLETH, et al, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER STRIKING ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND INJUNCTION FROM FILING FURTHER PROCEEDINGS

Before the Court is Plaintiff Robert R. Flores' Motion to Modify Order Granting Defendant's Order Granting Dismissal and Declaring Plaintiff a Vexatious Litigant. Having considered the motion, the Court finds that good cause exists to grant the relief requested.

**IT IS HEREBY ORDERED** that the language in ECF No. 22 Page 6 which states:

*"Plaintiff is DECLARED a vexatious litigant in the Southern District of Texas"* is stricken from the record as stated in the Order of Dismissal contained in ECF No. 22.

**IT IS HEREBY ORDERED** that the language in ECF No. 22, Page 7 which specifically states:

> *"Plaintiff is hereby ENJOINED from filing, in any state or federal court in Texas, any further lawsuits concerning the divorce proceedings of Defendant Heather Renee Slagle and third-party David Gordon Mayes, or any related matters, unless Plaintiff first obtains permission from the court where he wishes to file suit. Furthermore, should Plaintiff seek that permission, he must provide a copy of this Order and must post a security bond, upon filing of any litigation, to indemnify Defendants against litigation costs. This injunction shall extend to any corporation or business in which Plaintiff has any substantial ownership interest."* is stricken from the record as stated in the Order of Dismissal contained in ECF No. 22.

All other language contained in the Order Granting Defendant's Motion to Dismiss Plaintiff's complaint shall remain in effect as stated therein.

**IT IS SO ORDERED** on this _____ day of _____, 2024.

_____
**HON. RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**