United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERT RAY FLORES *Plaintiff* | § § § | |
| V. | § § | |
| ROBERT BERLETH, BERLETH & ASSOC., PLLC; HEATHER RENEE SLAGLE A/K/A HEATHER RENEE MAYES; DEREK LOETZERICH, INDIVIDUALLY, THE LAW OFFICES OF DEREK LOETZERICH, PLLC; AND HON. SHAUN CARPENTER | § § § § § § § § | CIVIL ACTION NO. 7:24-CV-271 |

## ORDER ON RECEIVERS' MOTION TO WITHDRAW MOTION FOR CONTEMPT AND PASS HEARING

On this day, Receiver **DEREK LOETZERICH** came to be heard on his withdrawal of Motion for Contempt, and this Court after reviewing the motion finds that it is well taken and **GRANTS** the Motion to Withdraw. IT IS ACCORDINGLY **ORDERED** that the Motion for Contempt is withdrawn and the hearing on the Motion for Contempt is CANCELLED.

SO ORDERED December 10, 2024, at McAllen, Texas.

*[signature]*
Randy Crane
United States District Judge